UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

    Plaintiffs

v.                                                       Civil No. 97-2917 (DRD)

WAJIH I. RABAH

    Defendant

## ORDER

On July 30, 1998, Plaintiff filed with the Court and form of Process Receipt and Return indicating that the United States Marshall Service was unable to locate Defendant and that neighbors informed that he moved to Arizona without leaving a forwarding address. (Docket No. 4). More than two (2) years have now elapsed since that filing and there has been no activity in this case, indicating to the Court a lack of interest in prosecution on the Government's part. Accordingly, the Court hereby orders that judgment of dismissal without prejudice for lack of prosecution be entered. See Fed. R. Civ. Proc. 41(b).

IT IS SO ORDERED.

DATE: July _19_, 2000

                                                             DANIEL R. DOMINGUEZ
                                                             U.S. DISTRICT JUDGE

N:\97-2903 dis