UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

Plaintiffs

v.                                                                 Civil No. 97-2917 (DRD)

**WAJIH I. RABAH**

Defendant

### JUDGMENT

For the reasons stated in the Order issued on this same date, Plaintiff's Complaint is hereby dismissed without prejudice.

In San Juan, Puerto Rico on this 19th day of July, 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE